# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 17-00148-WS-B |
| WILLIE HOWARD FERGUSON | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge P. Bradley Murray (Doc. 31) and without any objection, Defendant's blind plea of guilty to the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **Thursday, December 28, 2017, at 10:00 a.m., in Courtroom 2A, before the undersigned**.

**DONE and ORDERED** this the 27th day of October, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE